IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES ex rel. NEW AGAIN CARPET CLEANING, INC., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) No. 5:24-cv-00250-BO-RN |
| SES CIVIL & ENVIRONMENTAL, LLC, And LIBERTY MUTUAL INSURANCE COMPANY, LLC, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER GRANTING JOINT MOTION TO STAY

UPON CONSIDERATION of Plaintiff New Again Carpet Cleaning, Inc. ("New Again") and Defendant SES Civil & Environmental, LLC's ("SES") Joint Motion to Stay, the Court finds that there are sufficient grounds to grant the Motion.

THEREFORE, IT IS ORDERED that the Joint Motion to Stay is GRANTED; and it is further ORDERED that this action is STAYED for 120 days from the entry of this Order.

IT SO ORDERED this the 13 day of August, 2024

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE